# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

In re:                                      §
                                            §
DRENT GOEBEL USA, INC.                      §        Case No. 09-40139
                                            §
                        Debtor(s)           §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter    of the United States Bankruptcy Code was filed on
    .  The undersigned trustee was appointed on                    .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to
the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned
pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the
disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of                    $

                Funds were disbursed in the following amounts:

                Payments made under an interim
                disbursement
                Administrative expenses
                Bank service fees
                Other payments to creditors
                Non-estate funds paid to 3rd Parties
                Exemptions paid to the debtor
                Other payments to the debtor

                Leaving a balance on hand of[1]          $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement
will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the
maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5.   Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.   The deadline for filing non-governmental claims in this case was                     and the deadline for filing governmental claims was                  . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.   The Trustee's proposed distribution is attached as **Exhibit D**.

8.   Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $               .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $        as interim compensation and now requests a sum of $              , for a total compensation of $          [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $        , and now requests reimbursement for expenses of $          , for total expenses of $          [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____   By:/s/JOSEPH E. COHEN_____
                                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 09-40139 | ABG | Judge: A. BENJAMIN GOLDGAR |
| Case Name: | DRENT GOEBEL USA, INC. | | |

For Period Ending: 10/29/13

| Trustee Name: | JOSEPH E. COHEN |
| Date Filed (f) or Converted (c): | 10/26/09 (f) |
| 341(a) Meeting Date: | 11/23/09 |
| Claims Bar Date: | 05/20/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. EQUIPMENT & INVENTORY | 600,000.00 | 40,000.00 | | 55,000.00 | 0.00 |
| 2. CASH | 17.61 | 0.00 | | 0.00 | 0.00 |
| 3. CHECKING | 166,085.30 | 90,000.00 | | 125,021.74 | 0.00 |
| 4. SECURITY DEPOSIT | 1,050.00 | 0.00 | | 0.00 | 0.00 |
| 5. LIFE INSURANCE | 0.00 | Unknown | | 0.00 | Unknown |
| 6. 401(K) | 0.00 | Unknown | | 0.00 | Unknown |
| 7. ACCOUNT RECEIVABLE | 1,160,364.30 | 200,000.00 | | 0.00 | 0.00 |
| 8. JUDGMENTS | 252,000.00 | Unknown | | 0.00 | Unknown |
| 9. CONTINGENT CLAIM | 20,000.00 | 15,000.00 | | 0.00 | 0.00 |
| 10. IMPALA | 9,000.00 | 9,000.00 | | 9,000.00 | 0.00 |
| 11. OFFICE EQUIPMENT | 1,000.00 | 0.00 | | 0.00 | 0.00 |
| 12. FORKLIFT | 2,000.00 | 5,000.00 | | 7,750.00 | 0.00 |
| 13. ADVANCE PAYMENTS | 1,178,378.00 | Unknown | | 0.00 | Unknown |
| 14. BANK ACCOUNTS (u) | 0.00 | 90,000.00 | | 27,191.43 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 57.09 | Unknown |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $3,389,895.21 | $449,000.00 | | $224,020.26 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE IS EMPLOYING AN AUCTIONEER TO SELL THE ASSETS OF THE DEBTOR. TRUSTEE HAS SOLD THE ASSETS OF THE DEBTOR. TRUSTEE WAS RECENTLY SUCCESSFUL IN LOCATING FUNDS OF DEBTOR LOCATED IN EUROPEAN ACCOUNTS OF $125,000.00. TRUSTEE TO EMPLOY AN ACCOUNTANT.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| | | | | |
|---|---|---|---|---|
| Case No: | 09-40139 ABG Judge: A. BENJAMIN GOLDGAR | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | DRENT GOEBEL USA, INC. | | Date Filed (f) or Converted (c): | 10/26/09 (f) |
| | | | 341(a) Meeting Date: | 11/23/09 |
| | | | Claims Bar Date: | 05/20/10 |

TRUSTEE IS PREPARING HIS FINAL REPORT AND RELATED DOCUMENTS.

Initial Projected Date of Final Report (TFR): 06/30/12       Current Projected Date of Final Report (TFR): 10/31/13

Ver: 17.03a

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   1

Exhibit B

| | |
|---|---|
| Case No: | 09-40139 -ABG |
| Case Name: | DRENT GOEBEL USA, INC. |
| Taxpayer ID No: | *******1879 |
| For Period Ending: | 10/29/13 |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******1970  Checking Account |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 215,401.11 | | 215,401.11 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 132.78 | 215,268.33 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 137.16 | 215,131.17 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 132.63 | 214,998.54 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 136.97 | 214,861.57 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 319.40 | 214,542.17 |
| 03/05/13 | 300001 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 225.83 | 214,316.34 |
| | | 701 Poydras Street | | | | | |
| | | Suite 420 | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 288.11 | 214,028.23 |
| 03/13/13 | 300002 | AMERICAN AUCTION ASSOCIATES, INC. | Auctioneer Expenses & Commission | | | 7,105.00 | 206,923.23 |
| | | | Auctioneer Expenses | | | | |
| | | | Fees          5,500.00 | 3610-000 | | | |
| | | | Expenses     1,605.00 | 3620-000 | | | |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 312.53 | 206,610.70 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 297.24 | 206,313.46 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 306.73 | 206,006.73 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 296.40 | 205,710.33 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 305.85 | 205,404.48 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 305.38 | 205,099.10 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 295.12 | 204,803.98 |

Page Subtotals          215,401.11          10,597.13

Page:    2

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 09-40139  -ABG | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | DRENT GOEBEL USA, INC. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******1970  Checking Account |
| Taxpayer ID No: | *******1879 | | |
| For Period Ending: | 10/29/13 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 215,401.11 | 10,597.13 | 204,803.98 |
| | | | Less:  Bank Transfers/CD's | | 215,401.11 | 0.00 | |
| | | | Subtotal | | 0.00 | 10,597.13 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 10,597.13 | |

| | | | Page Subtotals | 0.00 | 0.00 |

LFORM24    **UST Form 101-7-TFR (5/1/2011)** *(Page: 6)*

Ver: 17.03a

Page:   3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 09-40139  -ABG | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | DRENT GOEBEL USA, INC. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******1095  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******1879 | | |
| For Period Ending: | 10/29/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/12/10 | 1 | Muller Martini Corp. | Sale proceeds | 1129-000 | 55,000.00 | | 55,000.00 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 2.03 | | 55,002.03 |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 2.11 | | 55,004.14 |
| 03/10/10 | 10, 12 | AMERICAN AUCTION ASSOCIATES, INC. | Sale proceeds | 1129-000 | 16,750.00 | | 71,754.14 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 2.73 | | 71,756.87 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 2.95 | | 71,759.82 |
| 05/17/10 | 000301 | Alliance Pension Consultants, LLC | Fess for pension plan termination | 2990-000 | | 5,770.00 | 65,989.82 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 2.98 | | 65,992.80 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 2.71 | | 65,995.51 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 2.80 | | 65,998.31 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 2.80 | | 66,001.11 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 2.71 | | 66,003.82 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 2.80 | | 66,006.62 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 2.71 | | 66,009.33 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 2.80 | | 66,012.13 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 2.80 | | 66,014.93 |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.51 | | 66,015.44 |
| 03/29/11 | 000302 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 32.31 | 65,983.13 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.56 | | 65,983.69 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.53 | | 65,984.22 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.57 | | 65,984.79 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.54 | | 65,985.33 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.55 | | 65,985.88 |
| 08/24/11 | 14 | JPMorgan Chase Bank, N.A. | Proceeds from bank accounts | 1229-000 | 27,191.43 | | 93,177.31 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.58 | | 93,177.89 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.77 | | 93,178.66 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.79 | | 93,179.45 |

| | | | Page Subtotals | | 98,981.76 | 5,802.31 | |

LFORM24

Ver: 17.03a

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 09-40139  -ABG | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | DRENT GOEBEL USA, INC. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******1095  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******1879 | | |
| For Period Ending: | 10/29/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 118.71 | 93,060.74 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.76 | | 93,061.50 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 114.73 | 92,946.77 |
| 12/01/11 | 3 | JPMORGAN CHASE BANK NA | Proceeds from bank accounts | 1129-000 | 125,021.74 | | 217,968.51 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 1.67 | | 217,970.18 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 243.04 | 217,727.14 |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 1.85 | | 217,728.99 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 285.54 | 217,443.45 |
| 02/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 1.72 | | 217,445.17 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 258.44 | 217,186.73 |
| 03/11/12 | 000303 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 182.62 | 217,004.11 |
| 03/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 1.83 | | 217,005.94 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 266.91 | 216,739.03 |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 1.79 | | 216,740.82 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 275.37 | 216,465.45 |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 1.83 | | 216,467.28 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 275.02 | 216,192.26 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 1.76 | | 216,194.02 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 256.95 | 215,937.07 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 1.84 | | 215,938.91 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 283.20 | 215,655.71 |
| 08/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 1.71 | | 215,657.42 |
| 08/30/12 | | BANK OF AMERICA, N.A.  901 MAIN STREET  10TH FLOOR  DALLAS, TX  75283 | BANK FEES | 2600-000 | | 256.31 | 215,401.11 |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 215,401.11 | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| | Page Subtotals | | 125,038.50 | 218,217.95 | |

Ver: 17.03a

LFORM24

Page:    5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No:        09-40139  -ABG
Case Name:      DRENT GOEBEL USA, INC.

Trustee Name:   JOSEPH E. COHEN
Bank Name:      BANK OF AMERICA, N.A.
Account Number / CD #:   *******1095  Money Market Account (Interest Earn

Taxpayer ID No:  *******1879
For Period Ending:  10/29/13

Blanket Bond (per case limit):   $  5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 224,020.26 | 224,020.26 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 0.00 | 215,401.11 | |
| | | | Subtotal | | 224,020.26 | 8,619.15 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 224,020.26 | 8,619.15 | |
| | | | | | | NET | ACCOUNT |
| | | | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| | | | Checking Account - ********1970 | | 0.00 | 10,597.13 | 204,803.98 |
| | | | Money Market Account (Interest Earn - ********1095 | | 224,020.26 | 8,619.15 | 0.00 |
| | | | | | ------------------------ | ------------------------ | ------------------------ |
| | | | | | 224,020.26 | 19,216.28 | 204,803.98 |
| | | | | | ============== | ============== | ============== |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals                0.00                0.00

EXHIBIT A
ANALYSIS OF CLAIMS REGISTER

Case Number:   09-40139
Debtor Name:   DRENT GOEBEL USA, INC.

Claim Number Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|--------|------------------------|-------------|-------|-----------|---------|---------|
| 001 3410-00 | Cooke & Lewis, Ltd. 2638 Patriot Blvd. Suite 100 Glenview, IL 60026 | Administrative | | $0.00 | $3,582.50 | $3,582.50 |
| 001 3110-00 | COHEN & KROL | Administrative | | $0.00 | $10,544.00 | $10,544.00 |
| 000001 070 7100-00 | Zurich American Insurance Company and its affiliates Attn: Marc Ouimet, 9th Fl, Tower 2 1400 American Lane Schaumburg, IL 60196 | Unsecured | | $0.00 | $0.00 | $0.00 |
| 000002 070 7100-00 | Zurich American Insurance Company and its affiliates Attn: Marc Ouimet, 9th Fl, Tower 2 1400 American Lane Schaumburg, IL 60196 | Unsecured | | $0.00 | $0.00 | $0.00 |
| 000003 070 7100-00 | United Parcel Service c/o RMS Bankruptcy Recovery Services PO Box 4396 Timonium, MD 21094 | Unsecured | | $0.00 | $99.74 | $99.74 |
| 000004 070 7100-00 | Roundup Funding, LLC MS 550 PO Box 91121 Seattle, WA 98111-9221 | Unsecured | | $0.00 | $2,350.26 | $2,350.26 |
| 000005 070 7100-00 | Lynn Jackson Shultz & Lebrun P.C. P.O. Box 2700 Sioux Falls, SD 57101-2700 | Unsecured | | $0.00 | $1,267.76 | $1,267.76 |
| 000006 070 7100-00 | FP Mailing Solutions Attn Accts Receivable 140 North Mitchell Ct Ste 200 Addison, Il 60101-5629 | Unsecured | | $0.00 | $149.70 | $149.70 |
| 000007A 070 7100-00 | New York State Department of Taxation and Finance Bankruptcy Section P O Box 5300 Albany, NY 12205 | Unsecured | | $0.00 | $16.70 | $16.70 |
| 000007B 070 7100-00 | New York State Department of Taxation and Finance Bankruptcy Section P O Box 5300 Albany, NY 12205 | Unsecured | | $0.00 | $717.24 | $717.24 |
| 000008 070 7100-00 | Technotrans America 1050 E. Business Center Dr. Mt. Prospect, IL 60056 | Unsecured | | $0.00 | $4,053.20 | $4,053.20 |

|  | EXHIBIT A |  |
|---|---|---|
| Page 2 | ANALYSIS OF CLAIMS REGISTER | Date: October 29, 2013 |

Case Number:    09-40139

Debtor Name:    DRENT GOEBEL USA, INC.

Claim Number Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000009<br>070<br>7100-00 | Martin Automatic<br>1661 Northrock Ct.<br>Rockford, IL 61103 | Unsecured |  | $0.00 | $24,127.30 | $24,127.30 |
| 000010<br>070<br>7100-00 | JP Morgan Chase<br>PO BOX 2017 Mail Suite IL1-6225<br>Elgin, IL 60121 | Unsecured |  | $0.00 | $3,138.54 | $3,138.54 |
| 000011<br>070<br>7100-00 | Nova Flex Inc<br>Attn: Wallace Nard<br>120-9 Easy St<br>Carol Stream, IL 60188 | Unsecured |  | $0.00 | $82,279.00 | $82,279.00 |
| 000012<br>070<br>7100-00 | RDP Marathon Inc.<br>Attn: Eric Short<br>2583 Chomedey Blvd.<br>Laval (Montreal),QC Canada H7T2R2 | Unsecured |  | $0.00 | $1,217,297.69 | $1,217,297.69 |
| 000013<br>070<br>7100-00 | U.S. Customs and Border Protection<br>Attn: Revenue Division, Bankruptcy<br>Team<br>6650 Telecom Dr., Suite 100<br>Indianapolis, IN 46278 | Unsecured |  | $0.00 | $0.00 | $0.00 |
| 000014A<br>040<br>5300-00 | Drew Kurak .<br>67 Evelyn St<br>Trumbull, CT 06611 | Priority |  | $0.00 | $10,950.00 | $10,950.00 |
| 000014B<br>070<br>7100-00 | Drew Kurak .<br>67 Evelyn St<br>Trumbull, CT 06611 | Unsecured |  | $0.00 | $59,450.00 | $59,450.00 |
| 000015<br>070<br>7100-00 | Walker Wilcox Matousek<br>Attn: Robert Conlon<br>225 W Washington St<br>Suite 2400<br>Chicago, IL 60606-3418 | Unsecured |  | $0.00 | $179,728.29 | $179,728.29 |
| 000016<br>070<br>7100-00 | Print Pack, Inc.<br>2800 Overlook Parkway, N.E.<br>Atlanta, GA 30339<br>Attn: Gray McCalley, Jr, VP & GC | Unsecured |  | $0.00 | $1,262,940.14 | $1,262,940.14 |
| 000017<br>070<br>7100-00 | Bell Incorporated<br>Attn: Ben Arndt, Chief Operating<br>Officer<br>1411 D Avenue<br>Sioux Falls, SD 57104 | Unsecured |  | $0.00 | $13,208,260.02 | $13,208,260.02 |
| BOND<br>999<br>2300-00 | INTERNATIONAL SURETIES, LTD. | Administrative |  | $0.00 | $440.76 | $440.76 |

| Page 3 | | EXHIBIT A | | | | Date: October 29, 2013 |
|---|---|---|---|---|---|---|
| | | ANALYSIS OF CLAIMS REGISTER | | | | |

Case Number:   09-40139

Debtor Name:   DRENT GOEBEL USA, INC.

Claim Number Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| | Case Totals: | | | $0.00 | $16,071,392.84 | $16,071,392.84 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-40139
Case Name: DRENT GOEBEL USA, INC.
Trustee Name: JOSEPH E. COHEN

Balance on hand                                          $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH E. COHEN | $ | $ | $ |
| Trustee Expenses: JOSEPH E. COHEN | $ | $ | $ |
| Attorney for Trustee Fees: COHEN & KROL | $ | $ | $ |
| Accountant for Trustee Fees: Cooke & Lewis, Ltd. | $ | $ | $ |
| Accountant for Trustee Expenses: Cooke & Lewis, Ltd. | $ | $ | $ |
| Other: INTERNATIONAL SURETIES, LTD. | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses        $_____

Remaining Balance        $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $            must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000014A | Drew Kurak .<br>67 Evelyn St<br>Trumbull, CT 06611 | $ | $ | $ |
| AUTO | INTERNAL REVENUE SERVICE | $ | $ | $ |
| AUTO | INTERNAL REVENUE SERVICE | $ | $ | $ |
| AUTO | INTERNAL REVENUE SERVICE | $ | $ | $ |
| AUTO | EMPLOYER MATCHING OTHER | $ | $ | $ |

Total to be paid to priority creditors            $_____

Remaining Balance            $_____

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $            have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Zurich American Insurance Company and its affiliates Attn: Marc Ouimet, 9th Fl, Tower 2 1400 American Lane Schaumburg, IL 60196 | $ | $ | $ |
| 000002 | Zurich American Insurance Company and its affiliates Attn: Marc Ouimet, 9th Fl, Tower 2 1400 American Lane Schaumburg, IL 60196 | $ | $ | $ |
| 000003 | United Parcel Service c/o RMS Bankruptcy Recovery Services PO Box 4396 Timonium, MD 21094 | $ | $ | $ |
| 000004 | Roundup Funding, LLC MS 550 PO Box 91121 Seattle, WA 98111-9221 | $ | $ | $ |
| 000005 | Lynn Jackson Shultz & Lebrun P.C. P.O. Box 2700 Sioux Falls, SD 57101-2700 | $ | $ | $ |
| 000006 | FP Mailing Solutions Attn Accts Receivable 140 North Mitchell Ct Ste 200 Addison, Il 60101-5629 | $ | $ | $ |
| 000007A | New York State Department of Taxation and Finance Bankruptcy Section P O Box 5300 Albany, NY 12205 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000007B | New York State Department of Taxation and Finance Bankruptcy Section P O Box 5300 Albany, NY 12205 | $ | $ | $ |
| 000008 | Technotrans America 1050 E. Business Center Dr. Mt. Prospect, IL 60056 | $ | $ | $ |
| 000009 | Martin Automatic 1661 Northrock Ct. Rockford, IL 61103 | $ | $ | $ |
| 000010 | JP Morgan Chase PO BOX 2017 Mail Suite IL1-6225 Elgin, IL 60121 | $ | $ | $ |
| 000011 | Nova Flex Inc Attn: Wallace Nard 120-9 Easy St Carol Stream, IL 60188 | $ | $ | $ |
| 000012 | RDP Marathon Inc. Attn: Eric Short 2583 Chomedey Blvd. Laval (Montreal),QC Canada H7T2R2 | $ | $ | $ |
| 000013 | U.S. Customs and Border Protection Attn: Revenue Division, Bankruptcy Team 6650 Telecom Dr., Suite 100 Indianapolis, IN 46278 | $ | $ | $ |
| 000014B | Drew Kurak . 67 Evelyn St Trumbull, CT 06611 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|-------------------------|--------------------------|------------------|
| 000015 | Walker Wilcox Matousek Attn: Robert Conlon 225 W Washington St Suite 2400 Chicago, IL 60606-3418 | $ | $ | $ |
| 000016 | Print Pack, Inc. 2800 Overlook Parkway, N.E. Atlanta, GA 30339 Attn: Gray McCalley, Jr, VP & GC | $ | $ | $ |
| 000017 | Bell Incorporated Attn: Ben Arndt, Chief Operating Officer 1411 D Avenue Sioux Falls, SD 57104 | $ | $ | $ |

Total to be paid to timely general unsecured creditors    $_____

Remaining Balance    $_____


Tardily filed claims of general (unsecured) creditors totaling $         have been allowed and will be paid _pro rata_ only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

NONE


Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $         have been allowed and will be paid _pro rata_ only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE