UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
DRENT GOEBEL USA, INC. § Case No. 09-40139
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH E. COHEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
CLERK OF BANKRUPTCY COURT

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 0 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 1:30 PM on 12/13/2013  in Courtroom ,
North Branch Court
1792 Nicole Lane
Round Lake Beach, IL 60073

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____   By: _____
Clerk, U.S. Bankruptcy Court

*JOSEPH E. COHEN*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: §
§
DRENT GOEBEL USA, INC. §  Case No. 09-40139
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

The Final Report shows receipts of $

and approved disbursements of $

leaving a balance on hand of[1] $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH E. COHEN | $ | $ | $ |
| Trustee Expenses: JOSEPH E. COHEN | $ | $ | $ |
| Attorney for Trustee Fees: COHEN & KROL | $ | $ | $ |
| Accountant for Trustee Fees: Cooke & Lewis, Ltd. | $ | $ | $ |
| Accountant for Trustee Expenses: Cooke & Lewis, Ltd. | $ | $ | $ |
| Other: INTERNATIONAL SURETIES, LTD. | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses   $_____

Remaining Balance   $_____

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $            must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000014A | Drew Kurak . 67 Evelyn St Trumbull, CT 06611 | $ | $ | $ |
| AUTO | INTERNAL REVENUE SERVICE | $ | $ | $ |
| AUTO | INTERNAL REVENUE SERVICE | $ | $ | $ |
| AUTO | INTERNAL REVENUE SERVICE | $ | $ | $ |
| AUTO | EMPLOYER MATCHING OTHER | $ | $ | $ |

Total to be paid to priority creditors                $_____

Remaining Balance                                     $_____

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $            have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Zurich American Insurance Company and its affiliates Attn: Marc Ouimet, 9th Fl, Tower 2 1400 American Lane Schaumburg, IL 60196 | $ | $ | $ |
| 000002 | Zurich American Insurance Company and its affiliates Attn: Marc Ouimet, 9th Fl, Tower 2 1400 American Lane Schaumburg, IL 60196 | $ | $ | $ |
| 000003 | United Parcel Service c/o RMS Bankruptcy Recovery Services PO Box 4396 Timonium, MD 21094 | $ | $ | $ |
| 000004 | Roundup Funding, LLC MS 550 PO Box 91121 Seattle, WA 98111-9221 | $ | $ | $ |
| 000005 | Lynn Jackson Shultz & Lebrun P.C. P.O. Box 2700 Sioux Falls, SD 57101-2700 | $ | $ | $ |
| 000006 | FP Mailing Solutions Attn Accts Receivable 140 North Mitchell Ct Ste 200 Addison, Il 60101-5629 | $ | $ | $ |
| 000007A | New York State Department of Taxation and Finance Bankruptcy Section P O Box 5300 Albany, NY 12205 | $ | $ | $ |
| 000007B | New York State Department of Taxation and Finance Bankruptcy Section P O Box 5300 Albany, NY 12205 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000008 | Technotrans America<br>1050 E. Business Center Dr.<br>Mt. Prospect, IL 60056 | $ | $ | $ |
| 000009 | Martin Automatic<br>1661 Northrock Ct.<br>Rockford, IL 61103 | $ | $ | $ |
| 000010 | JP Morgan Chase<br>PO BOX 2017 Mail Suite IL1-6225<br>Elgin, IL 60121 | $ | $ | $ |
| 000011 | Nova Flex Inc<br>Attn: Wallace Nard<br>120-9 Easy St<br>Carol Stream, IL 60188 | $ | $ | $ |
| 000012 | RDP Marathon Inc.<br>Attn: Eric Short<br>2583 Chomedey Blvd.<br>Laval (Montreal),QC<br>Canada H7T2R2 | $ | $ | $ |
| 000013 | U.S. Customs and Border Protection<br>Attn: Revenue Division, Bankruptcy Team<br>6650 Telecom Dr., Suite 100<br>Indianapolis, IN 46278 | $ | $ | $ |
| 000014B | Drew Kurak .<br>67 Evelyn St<br>Trumbull, CT 06611 | $ | $ | $ |
| 000015 | Walker Wilcox Matousek<br>Attn: Robert Conlon<br>225 W Washington St<br>Suite 2400<br>Chicago, IL 60606-3418 | $ | $ | $ |
| 000016 | Print Pack, Inc.<br>2800 Overlook Parkway, N.E.<br>Atlanta, GA 30339<br>Attn: Gray McCalley, Jr, VP & GC | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000017 | Bell Incorporated<br>Attn: Ben Arndt, Chief Operating Officer<br>1411 D Avenue<br>Sioux Falls, SD 57104 | $ | $ | $ |

Total to be paid to timely general unsecured creditors   $_____

Remaining Balance   $_____

Tardily filed claims of general (unsecured) creditors totaling $ ___ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be ___ percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ ___ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be ___ percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/JOSEPH E. COHEN  
            TRUSTEE

*JOSEPH E. COHEN*  
*105 WEST MADISON STREET*  
*SUITE 1100*  
*CHICAGO, IL 60602-0000*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.