# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| DRENT GOEBEL USA, INC. | § | Case No. 09-40139 |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH E. COHEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
CLERK OF BANKRUPTCY COURT

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 0 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 1:30 PM on 12/13/2013 in Courtroom ,
    North Branch Court
    1792 Nicole Lane
    Round Lake Beach, IL 60073
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____         By: _____
                                               Clerk, U.S. Bankruptcy Court


JOSEPH E. COHEN
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
 §
 §
DRENT GOEBEL USA, INC. §   Case No. 09-40139
 §
 Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 224,020.26 |
| and approved disbursements of | $ | 19,216.28 |
| leaving a balance on hand of[1] | $ | 204,803.98 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH E. COHEN | $ 14,451.01 | $ 0.00 | $ 14,451.01 |
| Trustee Expenses: JOSEPH E. COHEN | $ 111.74 | $ 0.00 | $ 111.74 |
| Attorney for Trustee Fees: COHEN & KROL | $ 10,544.00 | $ 0.00 | $ 10,544.00 |
| Accountant for Trustee Fees: Cooke & Lewis, Ltd. | $ 3,312.50 | $ 0.00 | $ 3,312.50 |
| Accountant for Trustee Expenses: Cooke & Lewis, Ltd. | $ 270.00 | $ 0.00 | $ 270.00 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 440.76 | $ 440.76 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | | $ 28,689.25 |
| Remaining Balance | | | $ 176,114.73 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 11,984.78 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000014A | Drew Kurak . 67 Evelyn St Trumbull, CT 06611 | $ 10,950.00 | $ 0.00 | $ 10,950.00 |
| AUTO | INTERNAL REVENUE SERVICE | $ 678.90 | $ 0.00 | $ 678.90 |
| AUTO | INTERNAL REVENUE SERVICE | $ 87.60 | $ 0.00 | $ 87.60 |
| AUTO | INTERNAL REVENUE SERVICE | $ 158.78 | $ 0.00 | $ 158.78 |
| AUTO | EMPLOYER MATCHING OTHER | $ 109.50 | $ 0.00 | $ 109.50 |

Total to be paid to priority creditors    $    11,984.78

Remaining Balance    $    164,129.95

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 16,045,875.58 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 000001 | Zurich American Insurance Company and its affiliates<br>Attn: Marc Ouimet, 9th Fl, Tower 2<br>1400 American Lane<br>Schaumburg, IL 60196 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000002 | Zurich American Insurance Company and its affiliates<br>Attn: Marc Ouimet, 9th Fl, Tower 2<br>1400 American Lane<br>Schaumburg, IL 60196 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000003 | United Parcel Service<br>c/o RMS Bankruptcy Recovery Services<br>PO Box 4396<br>Timonium, MD 21094 | $ 99.74 | $ 0.00 | $ 1.02 |
| 000004 | Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | $ 2,350.26 | $ 0.00 | $ 24.04 |
| 000005 | Lynn Jackson Shultz & Lebrun P.C.<br>P.O. Box 2700<br>Sioux Falls, SD 57101-2700 | $ 1,267.76 | $ 0.00 | $ 12.97 |
| 000006 | FP Mailing Solutions<br>Attn Accts Receivable<br>140 North Mitchell Ct Ste 200<br>Addison, Il 60101-5629 | $ 149.70 | $ 0.00 | $ 1.53 |
| 000007A | New York State Department of Taxation and Finance<br>Bankruptcy Section<br>P O Box 5300<br>Albany, NY 12205 | $ 16.70 | $ 0.00 | $ 0.17 |
| 000007B | New York State Department of Taxation and Finance<br>Bankruptcy Section<br>P O Box 5300<br>Albany, NY 12205 | $ 717.24 | $ 0.00 | $ 7.34 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000008 | Technotrans America<br>1050 E. Business Center Dr.<br>Mt. Prospect, IL 60056 | $ 4,053.20 | $ 0.00 | $ 41.46 |
| 000009 | Martin Automatic<br>1661 Northrock Ct.<br>Rockford, IL 61103 | $ 24,127.30 | $ 0.00 | $ 246.79 |
| 000010 | JP Morgan Chase<br>PO BOX 2017 Mail Suite IL1-6225<br>Elgin, IL 60121 | $ 3,138.54 | $ 0.00 | $ 32.10 |
| 000011 | Nova Flex Inc<br>Attn: Wallace Nard<br>120-9 Easy St<br>Carol Stream, IL 60188 | $ 82,279.00 | $ 0.00 | $ 841.61 |
| 000012 | RDP Marathon Inc.<br>Attn: Eric Short<br>2583 Chomedey Blvd.<br>Laval (Montreal),QC<br>Canada H7T2R2 | $ 1,217,297.69 | $ 0.00 | $ 12,451.49 |
| 000013 | U.S. Customs and Border Protection<br>Attn: Revenue Division, Bankruptcy Team<br>6650 Telecom Dr., Suite 100<br>Indianapolis, IN 46278 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000014B | Drew Kurak .<br>67 Evelyn St<br>Trumbull, CT 06611 | $ 59,450.00 | $ 0.00 | $ 608.10 |
| 000015 | Walker Wilcox Matousek<br>Attn: Robert Conlon<br>225 W Washington St<br>Suite 2400<br>Chicago, IL 60606-3418 | $ 179,728.29 | $ 0.00 | $ 1,838.40 |
| 000016 | Print Pack, Inc.<br>2800 Overlook Parkway, N.E.<br>Atlanta, GA 30339<br>Attn: Gray McCalley, Jr, VP & GC | $ 1,262,940.14 | $ 0.00 | $ 12,918.36 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000017 | Bell Incorporated<br>Attn: Ben Arndt, Chief Operating Officer<br>1411 D Avenue<br>Sioux Falls, SD 57104 | $ 13,208,260.02 | $ 0.00 | $ 135,104.57 |
| | Total to be paid to timely general unsecured creditors | | | $ 164,129.95 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/JOSEPH E. COHEN
TRUSTEE

*JOSEPH E. COHEN*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                              United States Bankruptcy Court
                               Northern District of Illinois
In re:                                                                           Case No. 09-40139-ABG
Drent Goebel USA, Inc.                                                           Chapter 7
          Debtor                         CERTIFICATE OF NOTICE
District/off: 0752-1            User: dgomez                 Page 1 of 7                  Date Rcvd: Nov 13, 2013
                                Form ID: pdf006              Total Noticed: 300

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 15, 2013.
db           Drent Goebel USA, Inc.,    26570 W. Commerce Drive, #512,    Volo, IL  60073
aty         +Cohen & Krol,   Cohen & Krol,    105 West Madison St 1100,    Chicago, IL 60602-4600
14633279    +A&H Mechanical Contracting,    2741 N. 45th Str.,    East Saint Louis, IL 62201-2323
14633289    +A-Korn Roller, Inc.,    3545 South Morgan St.,    Chicago, IL 60609-1590
14633300    +A-P-A Transport,   P.O. Box 831,    North Bergen, NJ 07047-0831
14633280     A1 Label,   Attn: Rhys & Brock Seymour,    32 Cranfield Road,    Toronto, Ontario M4B 3H3 Canada
14633284    +ADP,   Attn: Kristen Sandy Parry,    100 Northwest Point Blvd,    Elk Grove Village, IL 60007-1018
14633294    +AMERICAN FUJI SEAL, INC.,    Attn: Takato Sonoda,    1051 Bloomfield Road,
               Bardstown, KY 40004-9794
14633305     AT&T ISDL Service,    PO Box 79112,   Phoenix, AZ 85062-9112
14633306    +AT&T Phone,   Po Box 8100,    Aurora, IL 60507-8100
14633282     Accord Exhibitions,    Attn: Jerome Croteau,    19000 Trans- Canada,
               Baie d'Urfe QC, Canada H9X3S4
14633283     Action Customs Services Inc.,    508 Lepine,    Dorval, Quebec H9P 2V6
14633285     Advanced Graphics Equipment,    Attn: Bill Stiles,    4700 Raycom Road,    Dover, PA 17315-1303
14633286    +Advantage Printing,    Attn: Shiv Mendiratta,    1385 Jeffrey,    Addison, IL 60101-4331
14633287    +Aeronet,   PO BOx 17239,    Irvine,CA 92623-7239
14633288    +Affiliated Control Equipment Co, Inc.,    Attn: Ginny,    640 Wheat Llane,,
               Wood Dale, IL 60191-1187
14633290    +All Control Enterprises, Inc.,    1644 Cambridge Drive,    Elgin, IL 60123-1143
14633291    +Alliance Pension Consultants, LLC.,    Attn: Jeff Feld,    630 Dundee Road,,    Suite 200,
               Northbrook, IL 60062-2765
14633292    +Allied Benefit Systems, Inc.,    208 S. LaSalle Street,,    Suite 1300,    Chicago, IL 60604-1286
14633293     Allied National Companies,    P.O. Box 219584,    Kansas City, MO 64121-9584
14633296    +Americraft,   Attn: Dave Sandvig,    1220 Lund Blvd.,    NW Anoka, MN 55303-1092
14633299    +Antioch Travelers,    Attn: Armando Tijerina,    40533 Terry Lane,    Antioch, IL 60002-8008
14633301    +Arc Disposal & Recycling Company,    Attn: Customer Service,    2101 S. Busse Road,
               Mt. Prospect, IL 60056-5566
14633303    +Armburst Paper Tubes, Inc.,    6255 S. Harlem Avenue,    Chicago, IL 60638-3906
14633304     Arthur J. Rogers & Co.,    Dept. 77-7258,    Chicago, IL  60678-7258
14633308    +Atlantic Zeiser,    Attn: Jeff Becksler,    15 Patton Drive,    West Caldwell, NJ 07006-6481
14633325    +BST Peomark,   650 W Grand Ave #301,    Elmhurst, Illinoois  60126-1026
14633326    +BST Promark,   650 W Grand Ave #301,    Elmhurst, IL 60126-1026
14633310    +Baldwin Graphic Products,    5914 Paysphere Circle,    Chicago, IL 60674-0059
14633311    +Bank of America,    Attn: Evette,    DEPT CH 8036,   Palatine, IL 60055-0001
14633312    +Banknote Corporation of America, Inc.,    Attn: Tony Greene,    6109 Corporate Park Drive Browns,
               Summit, NC 27214-9700
14633314    +Bell, Inc.,    Attn: Mark Graham,    1411 D Avenue,    Sioux Falls, SD 57104-0311
14633315    +Bellmark,   Attn: Karl Schmidt,    600 Heritage Rd,    DePere, WI 54115-2444
14633316    +Berkson & Sons,    333 Skokie Blvd., Suite 111,    Northbrook, IL 60062-1697
14633317    +Best Courier,    P.O. Box 6327,   Libertyville, ILL 60048-6327
14633318    +Blue Cross Blue Shield of Illinois,    PO Box 1186,    Chicago, IL 60690-1186
14633319     BlueCare Dental,   Attn: Carol,    75 Remittance Drive Suite 1246,    Chicago, IL  60675-1246
14633320    +Bosch Rexroth Corporation,    Attn: Christine Mueller,    33920 Treasury Center,
               Chicago, IL 60694-3900
14633321    +Bottcher America Corporation,    PO Box 79594,    Baltimore, MD 21279-0594
14633322     Bottcher Systems,    Attn: Ron King,    PO Box 79594,   Baltimore, MD 21279-0594
14633327    +Buse Printing and Advertising,    Attn: Ray Buse,    1616 East Harvard,    Phoenix, AZ 85006-1898
14633330    +CC1, Inc.,    Attn: Rob Shawah,    3 Perimeter Road,   Manchester, NH 03103-3341
14633331     CCL Graphiques Apex, Inc.,    Attn: Peirre Dery/Jim Sellors,    1315 rue Rene-Descartes,
               St-Bruno, Quebec J3V 0B7
14633332     CCL Insertco - Puerto Rico,    Attn: Kevin Kollman,    KM 33.2 EL Retiro Park,
               San German, Puerto Rico 00683
14633333    +CCL Label, Inc. - Baltimore,    Attn: Dave Joesten,    1831-D Portal Street,
               Baltimore, MD 21224-6507
14633340    +CMA,    Attn: Debbie Gordon,    1100 National Parkway,    Schaumburg, IL 60173-4532
14633355     CSA International,    PO Box 66512 AMF Ohare,    Chicago, IL 60666-0512
14633328    +Cadre Communications,    Po Box 1052,    Lake Villa, IL 60046-1052
14633329    +Caraustar Custom Packaging Group, Inc.,    Attn: Steve Kelchen,    5000 Austell Powder Springs Road,
               Austell, GA 30106-2440
14633334     Cerutti Corporation,    15800 West Overland Drive,    New Berlin, WI 53151-2882 USA
14633335    +Charles Schwab & Company, Inc.,    Attn: Jeff Feld,    PO Box 52086,    Phoenix, AZ 85072-2086
14633336    +Chase - Bank One,    Attn: Sara Staniszewski,    111 East Busse Ave.,    Mt. Prospect, IL 60056-3270
14633337     Chicagoland Material Handling,    2545 Northwest Pkwy,    Elgin, IL 60124-7870
14633338     Christian Broadcasting Network,    Attn: Ray Dino Mccann,    977 Centerville Turnpike,
               Virginia Beach, VA 23463-0001
14633341    +Coating Excellence,    Attn: Carlos Tennessen,    975 Broadway Street,    Wrightstown, WI 54180-1067
14633342    +Color Graphics Inc.,    Attn: Doug Harman,    17 Roland Avenue,    Mount Laurel, NJ 08054-1011
14633343    +Colotype Labels, Int. Inc.,    Attn: Vance Jones,    163 Camino Dorado,    Napa, CA 94558-6213
14633344     Comcast,    Po Box 3001,   Southeastern, PA 19398-3001
14633348    +Converting Alternatives Inc.,    1180 Hemingway Rd.,    Lake Orion, Michigan 48360-1228
14633349    +Conway Central Express,    4880 Venture Drive,,    Ann Arbor, MI 48108-9559
14633350    +Cook County Dept of Revenue,    118 N Clark Street, Room 1160,    Chicago, IL 60602-1315
14633351    +Corporate Graphics,    Attn: Steve Johnson,    1805 14TH Street N.E.,    Austin, MN 55912-4942
```

```
District/off: 0752-1           User: dgomez                Page 2 of 7                   Date Rcvd: Nov 13, 2013
                               Form ID: pdf006             Total Noticed: 300

14633352     +Country Casualty Insurance Co,    Attn: Gary Miller,    306 B N. Front St.,
               Mchenry, IL 60050-5599
14633353      Country Mutual Insurance,    Attn: Gary Miller,    PO Box 2100,    Bloomington, IL 61702-2100
14633354      Cox Target Media (IWCO),    Attn: Walt Nixon,    6030 US HWY 301 N,    Elm City, NC 27822-9144
14633356    #+Custom Color,    2650 N. Burlington Ave,,    Kansas City, MO 64116-3019
14633362      DGB Drent Goebel BV,    Hallsweg 21,    6964 AJ, Hall,    Netherlands
14633363      DGG Drent Goebel GmbH,    Goebelstr. 21,    64293 Darmstadt Germany
14633367     +DM Business Products,    Attn: Bob Tedesco,    103 Progress Parkway,    Conklin, NY 13748-1321
14633372     +DYC Supply,    5740 Bayside Road,,    Virginia Beach, VA 23455-3004
14633357      Data Business Forms,    Attn: Rod White,    2 Shaftsbury Lane,    Brampton, Ontario L6T 3X7 Canada
14633358     +Dell Corning Corporation,    Attn: Jeff Hynek,    P.O. Box 170141,    Spartanburg, SC 29301-0022
14633359     +Deluxe Data Printers -Total Business Sys.,     Attn: Tom Lustig,    30800 Mount Pielier,
               Madison Heights, MI 48071-5108
14633361      Deublin Company,    Attn: Dave Schmidt,    Dept 77-5136,    Chicago, IL 60678-5136
14633366     +Diversified Machine,    307 31st Avenue South,    Waite Park, MN 56387-2005
14633368     +Document Technologies,    105 West Adams Str Suite 1100,,    Chicago, IL 60603-6238
14633369      Drent Goebel BV,    Hallseweg 21 6964 AJ Hall,    Postbus 9 6960 Eerbeek Holland,,
               The Netherlands
14633370      Drent Goebel North America, Inc.,     2583 Chomedey Dr,    Laval (Montreal) Quebec Canada H7T 2R2
14633371     +Drew Kurak .,    67 Evelyn St,    Trumbull, CT 06611-2851
14633386     +EPG (Essex Products Group),    Attn: Pete Alfano,    30 industrial Park Road,
               Centerbrook, CT 06409-1019
14633388     +ESI,    Attn: John Chrusciel,    42 Industrial Way,    Wilmington, MA 01887-4605
14633375     +Electrical Controls Distributors,    Attn: Mary,    740 Industrial Drive, Suite A,
               Cary, IL 60013-3373
14633376      Elettra Srl.,    Via de Gasperi 2,,    23887 Olgiate Molgora (Lc) Italy
14633378     +Eltromat Electronics Inc.,    3819 Holland Blvd.,    Chesapeake, VA 23323-1518
14633380      Empaques Plegadizos Modernos, SA de C.V.,     Calle de la Flores # 42, Los Reyes Acaqu,
               Micipio La Paz, Estado Mexico, Mexico
14633382     +Enercon Industries Corporation,    Attn: Walter Morgan,    W140 N 9572 Fountain Blvd,
               Menomenee Falls, WI 53051-1650
14633383     +Energy Sciences Inc.,    42 Industrial Way,,    Wilmington, MA 01887-3471
14633384     +Ennis Business Forms - Crabar GBF Leipsic,     Attn: Joe Kaufman,    68 Vine Street,
               Leipsic, OH 45856-1488
14633385     +Ennis Business Forms/CrabarGBF Princeton,     Attn: Tim Sights,    200 West Railroad Avenue,
               Princeton, IL 61356-1204
14633387     +Erhardt Leimer USA,    Attn: Lori,    350 Tucapau Road,    Duncan, SC 29334-9223
14633389      Expanets,    # 1261,    Denver, CO 80271-1261
14633390     +F.P. Horak Co.,    Attn: Steve Rousse,    401 Saginaw,    Bay City, MI 48708-5640
14633395      FP Mailing Solutions,    Attn: Laura Marcantonio,    140 North Mitchell Ct Suite 200,
               Addision, IL 60101-5629
15191183      FP Mailing Solutions,    Attn Accts Receivable,    140 North Mitchell Ct Ste 200,
               Addison, Il 60101-5629
14633391      FedEx,    Attn: Customer Service,    P.O. Box 94515,    Palatine, IL 60094-4515
14633392    #+Festo Corporation,    Attn: Rob Cheatham,    1441 E Business Center Dr.,
               Mt. Prospect, IL 60056-2182
14633393      First USA Bank,    P.O. Box 50882,    Henderson, NV 89016-0882
14633394      Fort Dearborn Life Insurance Company,    36788 Eagle Way,    Chicago, IL 60678-1367
14633396     +Freedom Graphics system,    1050 W Freeway,    Grand Prairie, TX 75051-1437
14633397     +Freight Quote,    1495 Paysphere Circle,    Chicago, IL 60674-0014
14633398     +Futura Forms, Inc.,    Attn: Gene Breitenbach,    P.O. Box 456,    Lincoln Park, NJ 07035-0456
14633400     +GBF Graphics Inc,    Attn: Jack Gross,    P.O. Box 457,    Skokie, IL 60076-0457
14633401     +GE GMR,    Attn: Kathy Hapenney,    401 Merrit 7, Suite 22,    Norwalk, CT 06851-1068
14633399     +Gateway Packaging Company,    Attn: Roger D. Miller,    20 Central Industrial Drive,
               Northgate Industrial Park,    Granite City, IL 62040-6801
14633402     +Gen Forms & Labels,    Attn: Manuel Toledo,    200 E. Cerritos Ave,    Anaheim, CA 92805-6300
14633403      George Safrany,    12 JEANNE BONFOND,    BLAINVILLE QC J7B 1N7
14633404      Goebel GmbH,    Attn: Horst Uhl,    Goebelstr. 21 64293,    Darmstadt Germany
14633406     +Graphic Packaging Inc.,    Attn: Nancy Brake,    4500 Beach St,    Cincinniti, Ohio 45212-3402
14633407     +Graphic Arts Show Company,    Attn: Christian Cafuir,    1899 Preston White,
               Reston, VA 20191-5435
14633408      Graphic Controls,    Attn: Keith Walker,    P.O. Box 1271,    Buffalo, NY 14240-1271
14633410     +Graphic Management Specialty Products,     Attn: Mark Orth,    139 Evergreen Road,
               Oconto, WI 54153-1971
14633411     +Graphic Packaging Inc.,    Attn: Kevin Conley,    6820 Enterprise Dr,    Louisville, KY 40214-4305
14633412     +Graphic Packaging Intl.,    4455 Table Mountian Drive,    Golden, CO 80403-1636
14633413     +Graphics Microsystems, Inc.,    Attn: Pat Johnson,    484 Oakmead Parkway,
               Sunnyvale, CA 94085-4708
14633414      Guy Baillargeon,    2573 DE VIGNY,    MASCOUCHE QC J7K 1W3
14633415      H & W Motor Express Co.,    P.O. Box 837,    Dubuque, IA 52004-0837
14633416     +Hadronics,    4570 Steel Place,    Cincinnati, OH 45209-1189
14633417      Hammer Packaging,    Attn: Jim Hammer,    200 Lucius Gordon Drive,    Rochester, NY 14692
14633418     +Harland Company - Salt Lake City,    Attn: Randy Richardson,    4867 Harold Gatty Drive,
               Salt Lake City, UT 84116-2815
14633419     +Harper Corporation,    Po Box 890362,    Charlotte, NC 28289-0362
14633420      Hasbro Games,    Attn: Paul Franceschina,    200 Narragansett Park Drive,    PO Box 1228,
               Pawtucket, RI 02862-1228
14633422     +Hayt & Assoc. Printing Equip., Inc,    Attn: Ned or Patty,    143 East Main Street,
               Lake Zurich, IL 60047-2427
```

```
District/off: 0752-1                  User: dgomez                 Page 3 of 7                  Date Rcvd: Nov 13, 2013
                                      Form ID: pdf006              Total Noticed: 300


14633424      Hewlardt Packard (Schmitt E.G., Inc. ),   Attn: Bruce Johnson,   7001 Technology Blvd. , Bldg 30,
               Sandston, VA 23150
14633425      Hewlett Packard Co.,   Call Box 10000,   Aguadilla, PR 00605-9000
14633426     +IBFI,   100 Daingerfield Road,   Alexandria, VA 22314-6302
14633428    ++ILLINOIS DEPARTMENT OF REVENUE,   BANKRUPTCY DEPARTMENT,   P O BOX 64338,   CHICAGO IL 60664-0338
              (address filed with court: Illinois Department of Revenue,   Attn: Bankruptcy Section,
               Level 7-425,   100 W. Randolph St.,   Chicago, IL 60601)
14633434     +IST America,   Attn: Rory Daniels,   590 Territorial Drive,   Bollingbrook, IL 60440-3542
14633435      IWCO,   6030 US Hwy 301 N.,   Elm City, NC  27822-9144
14633427      Ice Mountain Water Co.,   P.O. Box 856680,   Louisville, KY 40285-6680
14633429     +Illinois Dept of Employment Security,   Attn: Benefit Payment Control Division,   P.O. Box 4385,
               Chicago, IL 60680-4385
14633430     +Illinois Secretary of State,   Attn: Jesse White,   213 State Capitol,
               Springfield, IL 62756-0001
14633431     +In Press Marketing - GA,   Attn: Robert Fernandez,   500 Industrial Court,
               West Villa Rica, GA 30180-1066
14633433     +In-Press Marketing,   Attn: Joe Higgins,   13600 Vaughn Street,   San Fernando, CA 91340-3017
14633432     +Innolutions, Inc.,   Attn: Manny Patel,   92 N Main St # 15-H,   PO Box 384,
               Windsor, NJ 08561-0384
14633436     +J & J Motor Service, Inc.,   2338 South Indiana Ave,   Chicago, IL 60616-2499
14633440     +JP Morgan Chase,   PO BOX 2017 Mail Suite IL1-6225,   Elgin, IL 60121-2017
14633439     +John Harland Company,   Attn: Todd Hallman,   891 Ermine Road,   West Columbia, SC 29170-2221
14633441     +Jupiter Reality,   401 N. Michigan Ave, 13th Floor,,   Chicago, IL 60611-4271
14633442     +Keene Technology, Inc.,   14357 Commercial Pkwy.,   South Beloit, IL 61080-2621
14633443      Kelly Herden,   28052 W. RT 120,   Lakemoor, IL 60051
14633444     +Kentuck State Treasurer,   1050 US Highway 127 South, Suite 100,   Frankfort, KY 40601-4326
14633445     +Kentucky Dept of Revenue,   501 High Street,   Frankfort, KY 40620-0001
14633446     +Kuehne & Nagel, Inc.,   815 Northwest Parkway, Suite 190,   Eagan, MN 55121-1653
14633447     +Labelexpo Americas,   16985 W Bluemound Rd. Suite 210,   Brookfield WI 53005-5946
14633448     +Lake County Material Handling,   Attn: David Merryman,   1014 Progress Drive,
               Grayslake, IL 60030-1671
14633449     +Lasalle Bank,   Palatine, IL 60055-0001
14633450     +Lauren Daly,   215 CrestView Unit D,   Wauconda, IL 60084-3502
14633451     +Lena's Professional Cleaning Service,   1649 Estes Avenue,   Des Plaines, IL 60018-3821
14633452      Leslie Safrany,   321 PLACE DE L'OBIER,   ROSEMERE QC J7A 4H5
14633453     +Line-Text International,   1579 Jayken Way, Suite A,   Chula Vista, CA 91911-4675
14633454      Litho Pak Inc.,   Attn: Richard Desrochers,   21500 Clark Graham,
               Baie D'Urfe, Quebec H9X 4B6 Canada
14633456      Lynn Jackson Shultz & Lebrun P.C.,   P.O. Box 2700,   Sioux Falls, SD 57101-2700
14633457     +M & R Machine & Tool, Inc.,   Attn: Mike,   880 W. Lake Street # 802,   Roselle, IL 60172-2899
14633468      MGN,   513 Hawley,   Mundelein, IL 60060
14633475      MIR Inc.,   Attn: Ernest Owens / Dan,   PO Box 771280,   St. Louis, MO  63177-2280
14633458     +Mailing Services Pittsburg Inc.,   155 Commerce Dr,   Freedom, PA 15042-9201
14633459      Mandel, Lipton and Stevenson Limited,   Attn: Andres Gallegos,
               230 North LaSalle Street Suite 2210,   Chicago, IL 60601
14633460     +Martin Automatic,   1661 Northrock Ct.,   Rockford, IL 61103-1296
14633461     +Matrix Machine & Tool Mfg., Inc.,   Attn: Bill,   8044 W. Grand Avenue,
               River Grove, IL 60171-1597
14633462      McBee,   P.O. Box 4270,   Athens, OH  45701-4270
14633463     +McHenry County Farm Bureau,   1102 McConnell Road,   Woodstock, IL 60098-7310
14633464     +Media Capital Associates,   6991 Camelback Road, Suite D-202,   Scottsdale, AZ 85251-2455
14633465     +Media Capital Associtates, LLC,   Attn: Valerie Hulburt,   6991 E. Camelback Road, Suite D-202,
               Scottsdale, AZ 85251-2455
14633467     +Metric & Multistandard Components Corp.,   Attn: MaryJo,   261 Shore Court,
               Blue Ridge, IL 60527-5894
14633469     +Michelle Halper,   652 Morris Ct,   Lakemoor IL 60051-8630
14633470     +Michigan Dept of Treasury,   P.O. Box 30756,   Lansing Michigan 48909-8256
14633471     +Midwest Industrial Sales,   Attn: Rick Schaa,   1231 Nagel Road,   Cincinnati, OH 45255-3101
14633472     +Midwest Machine Works, LP,   P.O. Box 21248,   Minneapolis, MN 55421-0248
14633473     +Miller Cooper & Company, Ltd,   Attn: Cheryl Regan,   1751 Lake Cook Rd Suite 400,
               Derfield, IL 60015-5286
14633474     +Minnesota Dept of Economic Security,   701 Broadway Street,   Alexandra, MN 56308-1895
14633477     +Moody - Freedom Graphic Systems,   Attn: Brian Bender,   1050 W. Freeway,
               Grand Prairie, TX 75051-1437
14633478     +Moore Wallace - IL,   Attn: Mike Kroeger,   900 S. Cain,   Clinton, IL 61727-2555
14633483     +NC&A Advertising,   1420 Locust Street,   Philadelphia, PA 19102-4223
14633484     +NCS Pearson, Inc.,   Attn: Debbie Maxwell,   P.O. Box 3004,   Livonia, MI 48151-3004
14633493   ++++NORTH AMERICAN COMMUNICATIONS (CA),   ATTN: MOSHE MAYER,   141 NAC DR,
               DUNCANSVILLE PA  16635-9428
              (address filed with court: North American Communications (CA),   Attn: Moshe Mayer,
               338 3rd Avenue,   Duncansville, PA  16635)
14633481     +Nahan Printing,   Attn: Henry Buelow,   7000 Saukview Drive,   St. Cloud, MN 56303-0814
14633482      National Computer Systems, Inc.,   21866 Network Place,   Chicago, IL 60673-1218
14633486      Net Source,   1 Inc Volo Commerce Center,   105 31632 Ellis  Drive,   Volo, IL 60073
14633487     +New Jersey Business Forms Inc.,   Attn: Nicholas Orlando,   55 West Sheffield Avenue,
               Englewood, NJ 07631-4878
15192827     +New York State Department of Taxation and Finance,   Bankruptcy Section,   P O Box 5300,
               Albany, NY 12205-0300
14633488     +Newtown CPC - NY,   Attn: John Kroneiss,   P.O. Box 1360,   Buffalo, NY 14240-1360
14633489     +Newtown CPC - VA,   Attn: Charles Stanley,   1115 Tyler Street,   Fredericksburg, VA 22401-7042
```

```
District/off: 0752-1          User: dgomez                  Page 4 of 7                   Date Rcvd: Nov 13, 2013
                              Form ID: pdf006               Total Noticed: 300

14633492       +Norcon Systems Inc.,    Attn: Gina Troop,    1245 S. Highland Avenue,    Lombard, IL 60148-4543
14633494       +North Carolina Dept Of Revenue,    P.O. Box 25000,    Raleigh, NC 27640-0100
14633495       +Northwest Fire Extinguisher & Service Co.,    PO Box 716,    Wauconda, IL 60084-0716
14633496       +Nova Flex Inc,    Attn: Wallace Nard,    120-9 Easy St,    Carol Stream, IL 60188-3539
14633497        Oberthur Gaming Technologies,    Attn: Peter Merineau,    3000 Boul. De L'Assomption,
                 Montreal, Quebec H1N 3V5 Canada
14633498       +Office Max/HSBC Business Solutions,    Box 5239,    Carol Stream, IL 60197-5239
14633499       +Office of State Printing CA,    Attn: Don Gross/ Freddie Sells,    344 North 7th Street,
                 Sacramento, CA 95811-0291
14633500       +PA Dept of Revenue,    P.O. Box 280420,    Harrisburg, PA 17128-0420
14633503       +PCI - Paper Conversions Inc.,    Attn: Tom Volckl,    6761 Thompson Road North,
                 Syracuse, NY 13211-2119
14633501       +PacSys, Inc,    44R Mechanic Street,    Pawcatuck, CT 06379-2134
14633502       +Pamarco,    Attn: Sam Doyle,    11103 Indian Trail,    Dallas, TX 75229-3517
14633505        Peliculas Plasticos SA de C.V.,    Lote 1, Manzana 3, Primera Seccion,
                 Parque Industrial Atlacomulco,    Atlacomulco, Estado de Mexico 50450
14633506       +Pembrook Club,    4081 Ryan Rd,    Gurnee, IL 60031-1267
14633507       +Pembrook Club Apartments,    Attn: Emily,    5389 Lezlie Lane,    Gurnee, IL 60031-6319
14633508        People's Energy,    PO Bx O,    Chicago, IL 660690-3991
14633511       +Pharmagraphics Puerto Rico, Inc.,    Attn: Joe Cruz,    P.O. Box 1495,    Vega Alta, PR 00692-1495
14633512       +Pharmagraphics, Inc.,    Attn: Ward Cottrell,    100 Landmark Drive,    Greensboro, NC 27409-9602
14633513        Phoenix International,    Attn: Rachel Gronko,    36960 Eagle Way,    Chicago, IL 60678-1369
14633514        Phoenix Printing,    Attn: Tobi or Brian,    PO Box 357,    Oskosh, WI 54903-0357
14633516       +Pilz Automation Safety, LP,    Attn: Rhonda Waldrop,    7150 Commerce Blvd,    Canton, MI 48187-4289
14633517       +Plymouth Printing,    Attn: Jeff Millard,    450 North Avenue,    Cranford, NJ 07016-2437
14633518       +Polymag,    215 Tremont St,    Rochester, NY 14608-2371
14633520       +Print Pack, Inc.,    2800 Overlook Parkway, N.E.,    Atlanta, GA 30339-6240,
                 Attn:  Gray McCalley, Jr, VP & GC
14633521       +Prisco,    312 Steward Ave,,    Addisson, IL 60101-3310
14633524       +Proactive Packaging and Display,    Attn: Gary Hartog,    602 South Rockefeller Avenue,
                 Ontario, CA 91761-8191
14633527        Quad Graphics, Inc.,    Attn: Tim S Sands,    N63 W23075 Hwy 74,    Sussex, WI 53089-2827
14633528       +Quad Tech,    N64 W23110 Main Street,    Sussex, WI 53089-5301
14633529       +Quebecor World Printing-Petty,    Attn: Sue Snearley,    1200 Niccum Avenue,
                 Effingham, IL 62401-4217
14633532        RDP Marathon Inc.,    Attn: Eric Short,    2583 Chomedey Blvd.,    Laval (Montreal),QC Canada H7T2R2
14633540       +RR Donnelley-Hebron OH,    190 Milliken Dr,    Hebron, OH 43025-9657
14633541       +RRD & Sons / Moore Wallace,    Attn: Randy Dawson,    190 Milliken Drive S.E.,
                 Hebron, OH 43025-9657
14633531        Raymond Chevrolet,    39 North Route,,    Fox Lake, IL 60020
14633534        Relizon - Boucherville,    Attn: Gaetan Richard,    1570 Ampere Street, Suite 2000,
                 Boucherville, Quebec J4B 7L4 Canada
14633535        Relizon - Orangeville,    Attn: Rodney Lamb,    95 John Street,
                 Orangeville, Ontario Canada L9W 2R1
14633537        Roadway,    PO Box 93151,    Chicago, IL 60673-3151
14633538       +Rohde & Liesenfeld, Inc.,    240 W. 35th Street Suite 1201,    New York, NY 10001-2514
14633539       +RotaDyne,    1101 Windham Parkway,,    Romeoville, IL 60446-1790
14633549       +SFA Solutions,    620 Mendelssohn Avenue Suite 121,    Golden Valley, MN 55427-4359
14633542       +Safeguard Business Systems,    1180 Church Road,    Lansdale, PA 19446-7723
14633543       +Saga Solutions, LLC,    Two Trap Falls Road,    Shelton, CT 06484-4616
14633544       +Sancoa International,    Attn: Chris Tullo,    92 Ark Rd,    Lumberton, NJ 08048-4103
14633545        Scantron Corp,    1313 Lone Oak Road,,    Eagan, MN 55121-1334
14633546       +Schmidt Printing,    Attn: Royal Stevenson,    1101 Frontage Road,    Byron, MN 55920-1614
14633548       +Sentry Restorations,    26575 w commerce dr 513,    Volo, IL 60073-9659
14633550        Shaun Hinchey,    39609 N Circle Ave,    Antioch, Il 60002,    Sim'Label Inc,
                 140-4, Rue De Sherbrooke,    Cowansville, QC J2K3Y9
14633552       +South Dakota Dept of Revenue,    445 East Capital Ave,    Pierre, SD 57501-3100
14633554       +Standard Register - AK,    Attn: Robert Forbus,    3655 South School Avenue,
                 Fayetteville, AK 72701-8026
14633555       +Standard Register - PA,    Attn: Troy Warner,    121 Mt. Zion Road,    York, PA 17402-8985
14633556       +Standard Register - TN,    Attn: Mark Smith,    325 Butler Drive,    Murfreesboro, TN 37127-5546
14633557       +Standard Register - VT,    Attn: Chris Newton,    1741 Route 7 S,    Middlebury, VT 05753-8424
14633558        Starmark,    75 Remittance Drive, Suite 3087,    Chicago, IL 60675-3087
14633559       +State of Michigan,    Michigan Deparment of Treasury Departmen,    78205 Po Box 78000,
                 Detriot, MI 48278-0001
14633560       +State of Minnesota,    Attorney General,    1400 NCL Tower,    445 Minnesota St.,
                 St. Paul, MN 55101-2190
14633561       +State of New Jersey Div of Tax Rev.,    P.O. Box 628,    Trenton, NJ 08646-0628
14633562       +Sticker Guy,    Michael Melillo,    1413 Bayview Lane,    Johnsburg, IL 60051-8953
14633563       +Stylecraft Printing,    Attn: Mark Hauser,    8472 Rhonda Drive,    Canton, MI 48187-2087
14633578       +TRS Financial Services, Inc.,    3000 Wilcrest, Suite 300,    Houston, TX 77042-3557
14633580       +TWI/Press Group,    Attn: Troy Wormell,    7498 East 46TH Place,    Tulsa, OK 74145-6306
14633564       +Tag and Label Manufacturers Institute,    40 Shuman Blvd Suite 295,    Naperville, IL 60563-8251
14633565       #+Tarsus Expositions, Inc.,    Attn: Jena Schroeder,    16985 W. Bluemound Road Suite 210,
                 Brookfield, WI 53005-5946
14633566        Technotrans,    PO Box,,    Carol Stream, IL 60197
14633568        Teknek,    River Drive Inchinnan Business Pk,    Inchinnan, Renfrewshire PA4 9RT  Scotlan
14633569        The Horton Group,    Attn: Dan Horton,    PO Box 87618 Dept 10167,    Chicago, IL 60680-0618
14633570       +The John Henry Company,    Attn: Brad Krause,    5800 W. Grand River Avenue,
                 Lansing, MI 48906-9111
```

```
District/off: 0752-1           User: dgomez                Page 5 of 7                   Date Rcvd: Nov 13, 2013
                               Form ID: pdf006             Total Noticed: 300

14633571     +The New York State Corporation Tax,    Dissolution Unit Building 8, Room 958,
               W.A. Harriman Campus,    Albany, NY 12227-0001
14633572     +Thilman Filippini, LLC,    Attn: Michele Harmes,    One East Wacker Drive, Suite 180,
               Chicago, IL 60601-1474
14633573     +Timemaster Business Forms, Inc.,    Attn: Jim Hollowell,    30800 Mount Pielier,
               Madison Heights, MI 48071-5108
14633574      Total Process Control,    3310-122 St,    Pleaseant Prairie, WI 53158
14633575      Trend Graphic Machines BV,    Attn: Fintan Planting,    Hallseweg 21 6964 AJ Hall Holland,,
               The Netherlands
14633576      Tresu,    14-16 DK-6091 Bjert,    Denmark DK-6091 BJERT
14633577     +Tresu Royse Inc,    Po Box 612052,    Dallas, Texas 75261-2052
14633579     +Tufco Technologies,    Attn: Vance Bailey,    1205 Burris Road,    Newton, NC 28658-1953
14633581     +Tyco Healthcare Group, LP,    Attn: Ken Carlson,    2 Ludlow Park Drive,    Chicopee, MA 01022-1318
14633582     +Tyco Healthcare Ludlow Corp.,    Attn: Ken Carlson,    2 Ludlow Park Drive,
               Chicopee, MA 01022-1318
15556144     +U.S. Customs and Border Protection,    Attn: Revenue Division, Bankruptcy Team,
               6650 Telecom Dr., Suite 100,    Indianapolis, IN 46278-2010
14633584      UPS,    Attn: Customer Service,    Lockbox 577,    Carol Stream, IL 60132-0577
14633585     +UPS - Louisville, KY,    PO Box 34486,    Louisville, KY 40232-4486
14633586      UPS Supply Chain Solutions, Inc.,    28013 Network Place,    Chicago IL 60673-1280
14633587     +US Customs Service,    PO Box 100769,    Atlanta, GA 30384-0769
14633588      USF Holland,    27052 Network Place,    Chicago, IL 60673-1270
14633589      UWG,    Attn: Joanne Stock,    Box 88255,    Milwaukee, WI 53288-0255
14893281     +United Parcel Service,    c/o RMS Bankruptcy Recovery Services,    PO Box 4396,
               Timonium, MD 21094-4396
14633590     +Vertis,    Attn: Greg DeFoe,    181 Rittenhouse Circle,    Bristol, PA 19007-1617
14633591     +Videochron Productions, Inc.,    Attn: Earl Witscher,    720 Industrial Drive # 135,
               Cary, IL 60013-1992
14633592      Viking Office Products,    P.O. Box 92928,    Los Angeles, CA  90009
14633593      Vits-America, Inc.,    Attn: Deirdre Ryder,    200 Corporate Drive Bradley Corp. Park,
               Blauvelt, NY  10913
14633595     +Volo Commerce 2 / Platford Realty,    Attn: Peggy Baker,    26575 W Commerce Drive,   Suite #613,
               Volo, IL 60073-9662
14633596      Volo Commerce Center-Net Source 1 Inc,    31623 Ellis Drive,    Volo, IL 60073
14633597      VuyeFlexible Packaging,    Kortrijkstraat 294,,    B-9700 Oudenaarde, Belgium
14633603     +WEKO North America,    Attn: Bob Simmons,    67 Harned Road,    Commack, NY 11725-3500
14633599     +Walker Printery, Inc. -,    Attn: Mark Lydal,    13351 Cloverdale Avenue,    Oak Park, MI 48237-3275
14633601     +Wallace Computer,    Attn: Ken Marks or Lawrence,    6811 Walker Street,    La Palma, CA 90623-1020
14633602     +Wallace Targeted - NY,    Attn: Kevin Michael,    340 Wales Avenue,    Tonawanda, NY 14150-2513
14633606     +Yale Equipment Services LLC,    W136 N4901 Campbell Dr.,,    Menomonee Falls, WI 53051-7054
14633607      Yellow Freight System, Inc.,    PO Box 73149,    Chicago, IL  60673-7149

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14633307     +E-mail/Text: g17768@att.com Nov 14 2013 04:14:47      AT&T,    Attn: Bankruptcy Department,
               PO Box 769,    Arlington, TX 76004-0769
14633309     +E-mail/Text: g20956@att.com Nov 14 2013 04:17:18      ATT Wireless,    PO Box 6463,
               Carol Stream, IL 60197-6463
14633298     +E-mail/Text: g17768@att.com Nov 14 2013 04:14:47      Ameritech (c/o AT&T),
               Attn: Bankruptcy Department,    PO Box 769,    Arlington, TX 76004-0769
14633302     +E-mail/Text: bankruptcynotices@azdor.gov Nov 14 2013 04:14:44       Arizona Department of Revenue,
               P.O. Box 29079,    Phoenix, AZ 85038-9079
14633313     +E-mail/Text: b.kicak@bnc-america.com Nov 14 2013 04:15:23       Baumuller,    Attn: Gilbert Peterson,
               117 W. Dudley Town Road,    Bloomfield, CT 06002-1379
14633324     +E-mail/Text: tnielsen@brodiesystem.com Nov 14 2013 04:17:35       Brodie System,
               Attn: Nicholas Lloyd,    1539W. Elizabeth Avenue,    Linden, NJ 07036-6384
14633339      E-mail/Text: g20956@att.com Nov 14 2013 04:17:18      Cingular Wireless,    Attn: Customer Service,
               P.O. Box 6428,    Carol Stream, IL 60197-6428
14633345     +E-mail/Text: legalcollections@comed.com Nov 14 2013 04:17:21       ComEd,
               Attn: Revenue Management Dept.,    2100 Swift Drive,    Oak Brook, IL 60523-1559
14633364      E-mail/Text: bankruptcy.cr.dept@dhl.com Nov 14 2013 04:15:18       DHL Express (USA) Inc.,
               P.O. Box 4723,    Houston, TX 77210-4723
14633405      E-mail/Text: scd_bankruptcynotices@grainger.com Nov 14 2013 04:15:52       Grainger,
               475 E. Algonquin Rd.,    Arlington Heights, IL 60005-4620
14633360      E-mail/Text: cio.bncmail@irs.gov Nov 14 2013 04:15:02       Department of the Treasury - IRS,
               Attn: Centralized Insolvency Operations,    P.O. Box 21126,    Philadelphia, PA 19114
14633437      E-mail/Text: ldekowski@japsolson.com Nov 14 2013 04:15:45       Japs Olson Company,
               Attn: Greg Nagan,    7500 Excelsior Blvd.,    Saint Louis Park, MN 55426-4519
14633476      E-mail/Text: mdor.bkysec@state.mn.us Nov 14 2013 04:14:42       MN Dept. of Revenue,
               P.O. Box 64622,    Saint Paul, MN 55164-0622
14633490      E-mail/Text: bankrup@aglresources.com Nov 14 2013 04:14:35       Nicor Gas,    P.O. Box 416,
               Aurora, IL 60568-0001
14633509     +E-mail/Text: bankruptcydata@bradycorp.com Nov 14 2013 04:14:43       Personnel Concept,
               Po Box 9003,    San Dimas, CA 91773-9003
14633526     +E-mail/Text: bankruptcy@unum.com Nov 14 2013 04:14:39       Provident L & A Insurance Company,
               1 Foutain Sq.,,    Chattanooga, TN 37402-1303
15137066      E-mail/PDF: resurgentbknotifications@resurgent.com Nov 14 2013 04:38:34        Roundup Funding, LLC,
               MS 550,    PO Box 91121,    Seattle, WA 98111-9221
14633553      E-mail/Text: appebnmailbox@sprint.com Nov 14 2013 04:15:47       Sprint PCS,    PO Box 1769,
               Newark, NJ  07101-1769
```

```
District/off: 0752-1           User: dgomez                Page 6 of 7                  Date Rcvd: Nov 13, 2013
                               Form ID: pdf006             Total Noticed: 300

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14633567      +E-mail/Text: cheinisch@technotrans.com Nov 14 2013 04:16:03       Technotrans America,
               1050 E. Business Center Dr.,    Mt. Prospect, IL 60056-2180
14633583      +E-mail/Text: ulinecollections@uline.com Nov 14 2013 04:17:01       Uline,    2200 S Lakeside Drive,
               Waukegan, IL 60085-8311
14633598       E-mail/Text: scd_bankruptcynotices@grainger.com Nov 14 2013 04:15:52       W.W. Grainger, Inc.,
               1200 S. Wolf Road,    Wheeling, IL 60090-6442
14633605      +E-mail/Text: bankruptcies@wspackaging.com Nov 14 2013 04:16:01       WS Packaging Group, Inc.,
               Attn: Morris Rye,    1102 Jefferson Street,    Algoma, WI 54201-1712
14726895      +E-mail/Text: usz.bankruptcy.legal.coll@zurichna.com Nov 14 2013 04:15:52
               Zurich American Insurance Company,    and its affiliates,    Attn: Marc Ouimet, 9th Fl, Tower 2,
               1400 American Lane,    Schaumburg, IL 60196-5452
                                                                                               TOTAL: 23

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14633281       AC Corporation,    Address Unknown
14633323       British Encoder Products Co.,    Unit 30 Whitegate Industrial Estate,    Wrexham,   LL13 8UG
14633346       CompUSA,   Address Unknown
14633347       Consolidated Freight,    Address Unknown
14633278       Creditor Matrix - In re Drent Goebel USA, Inc. - C
14633365       Director Employment Security,    Address Uknown
14633373       Eagle Global Logistics,    Address Unknown
14633379       Emergency Business Forms, Inc.,    Address Unknown
14633409       Graphic Equipment Corporation,    Address Unknown
14633455       Lucent Technologies,    Address Unknown
14633519       Postalia,   Address Unknown
14633522       Pro Player,    Address Unknown
14633525       Productos Graficos Potosinos, S.A. DE C.V,    Attn: Gabriel Soldevilla Mendez,
               Retorno 3 # 107-A Col.,    Fovissste, CP 78150 San Luis Potosi, S.L
14633530       Randi Simzer,    Address Unknown
14633533       Recreation Builders, Inc.,    Address Unknown
14633536       Rich Havensak,    Address Unknown
14633551       SOS services,    Address Unknown
14633547       Scientific Games,    Merineau Pierre,    3000, Boul. de L'Assomption,    Montreal, Que, Canda H1N3V5
14633594       Volo Commerce 2 % MW North Real Estate,    Address Unknown
14633604       WorldRoam,   Address Unknown
14633295     ##+American Press, L.L.C.,    One American Place,    Gordonsville, VA 22942-9207
14633297     ##+Ameritech,    P.O. Box 4520,    Carol Stream, IL 60197-4520
15604855     ##+Bell Incorporated,    Attn: Ben Arndt, Chief Operating Officer,    1411 D Avenue,
               Sioux Falls, SD 57104-0311
14633381     ##+EMT International, Inc.,    Attn: Annie Pfaender,    1910 Cofrin Drive,    Green Bay, WI 54302-2028
14633374     ##+Edison Business Forms,    Attn: Derek Smith,    6 Greek Lane,    Edison, NJ 08817-2594
14633377     ##+Eltromat America Inc.,    3819 Holland Blvd,,    Chesapeake, VA 23323-1518
14633421     ##+Haven Business Forms,    Attn: Derek Smith,    6 Greek Lane,    Edison, NJ 08817-2594
14633423      ##Henrichsen's Fire & Safety Equip Co.,    P.O. Box 725,    Wheeling, IL 60090-0725
14633438     ##+JAS Forwarding USA,    65 Roosevelt Ave Ste 200,,    Valley Stream, NY 11581-1106
14633466     ##+Merck Company,    Attn: Tom Aloisi,    P.O. Box 1700,    Whitehouse Station, NJ 08889-1700
14633479     ##+Moran Transportation Corp.,    1000 Estes Avenue,    Elk Grove Village, IL 60007-4908
14633480     ##+Motion Industries Inc.,    Attn: Edward Krupa,    1345 Landmeier Road,
               Elk Grove Village, IL 60007-2411
14633485     ##+Neeltran,    71 Pickett District Road,    PO Box 1659,    New Milford, CT 06776-1659
14633491     ##+Non Stop Label,    Attn: George Loayza,    9475 E. Slauson Ave,    Pico Rivera, CA 90660-4747
14633510     ##+PGI Companies, Inc.,    Attn: Joe Ripka,    11354 K-Tel Drive,    Minnetonka, MN 55343-8868
14633504     ##+Pegasus Air Express,    P.O. Box 28914 - BWI Airport,    Baltimore, MD 21240-8914
14633515      ##Pi Tape Corporation,    P.O. Box 463087,,    Escondido, CA 92046-3087
14633523     ##+Proactive Northern Container,    4343 East Fremont St.,    Stockton, CA 95215-4032
14633600     ##+Walker Wilcox Matousek,    Attn: Robert Conlon,    225 W Washington St,    Suite 2400,
               Chicago, IL 60606-3560
                                                                                        TOTALS: 20, * 0, ## 19

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0752-1         User: dgomez              Page 7 of 7              Date Rcvd: Nov 13, 2013
                             Form ID: pdf006           Total Noticed: 300
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2013                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 12, 2013 at the address(es) listed below:
              Douglas E Feldman    on behalf of Debtor    Drent Goebel USA, Inc. dfeldman@wwmlawyers.com,
               tdraper@wwmlawyers.com
              Gina B Krol, ESQ    on behalf of Trustee Joseph E Cohen gkrol@cohenandkrol.com,
               jhazdra@cohenandkrol.com;gkrol@cohenandkrol.com;pmchugh@cohenandkrol.com
              Joseph E Cohen    jcohen@cohenandkrol.com,    jcohen@ecf.epiqsystems.com;jcohenattorney@gmail.com
              Joseph E Cohen    on behalf of Creditor    Donald Dodge and American Auction Associates, Inc.
               jcohen@cohenandkrol.com,    jcohen@ecf.epiqsystems.com;jcohenattorney@gmail.com
              Joseph E Cohen    on behalf of Attorney    Cohen & Krol jcohen@cohenandkrol.com,
               jcohen@ecf.epiqsystems.com;jcohenattorney@gmail.com
              Joseph E Cohen    on behalf of Accountant Stephen M Lewis jcohen@cohenandkrol.com,
               jcohen@ecf.epiqsystems.com;jcohenattorney@gmail.com
              Joseph E Cohen    on behalf of Trustee Joseph E Cohen jcohen@cohenandkrol.com,
               jcohenattorney@gmail.com;gkrol@cohenandkrol.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Yan  Teytelman    on behalf of Trustee Joseph E Cohen yan@ytlawfirm.com,   law_4321@yahoo.com
                                                                                             TOTAL: 9
```