# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| DRENT GOEBEL USA, INC. | § | Case No. 09-40139 |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH E. COHEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: | Assets Exempt: |
| *(Without deducting any secured claims)* | |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $              (see **Exhibit 1**), minus funds paid to the debtor and third parties of $         (see **Exhibit 2**), yielded net receipts of $                from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on             .  The case was pending for     months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/JOSEPH E. COHEN _____
                                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL GROSS RECEIPTS | | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH E. COHEN | | | | | |
| JOSEPH E. COHEN | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|-------|-------|-------|-------|-------|-------|
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| UNITED STATES TREASURY | | | | | |
| ILL. DEOT. OF EMPLOYMENT SECURITY | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ILL. DEPT. OF REVENUE | | | | | |
| ALLIANCE PENSION CONSULTANTS, LLC | | | | | |
| COHEN & KROL | | | | | |
| JOSEPH E. COHEN | | | | | |
| COOKE & LEWIS, LTD. | | | | | |
| COOKE & LEWIS, LTD. | | | | | |
| AMERICAN AUCTION ASSOCIATES, INC. | | | | | |
| AMERICAN AUCTION ASSOCIATES, INC. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000014A | DREW KURAK . | | | | | |
| AUTO | INTERNAL REVENUE SERVICE | | | | | |
| AUTO | INTERNAL REVENUE SERVICE | | | | | |
| AUTO | INTERNAL REVENUE SERVICE | | | | | |
| AUTO | TAX, STATE | | | | | |
| AUTO | INTERNAL REVENUE SERVICE | | | | | |
| AUTO | INTERNAL REVENUE SERVICE | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000017 | BELL INCORPORATED | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000014B | DREW KURAK . | | | | | |
| 000006 | FP MAILING SOLUTIONS | | | | | |
| 000010 | JP MORGAN CHASE | | | | | |
| 000005 | LYNN JACKSON SHULTZ & LEBRUN P.C. | | | | | |
| 000009 | MARTIN AUTOMATIC | | | | | |
| 000007B | NEW YORK STATE DEPARTMENT OF TAXATI | | | | | |
| 000007A | NEW YORK STATE DEPARTMENT OF TAXATI | | | | | |
| 000011 | NOVA FLEX INC | | | | | |
| 000016 | PRINT PACK, INC. | | | | | |
| 000012 | RDP MARATHON INC. | | | | | |
| 000008 | TECHNOTRANS AMERICA | | | | | |
| 000013 | U.S. CUSTOMS AND BORDER PROTECTION | | | | | |
| 000003 | UNITED PARCEL SERVICE | | | | | |
| 000015 | WALKER WILCOX MATOUSEK | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002 | ZURICH AMERICAN INSURANCE COMPANY | | | | | |
| 000001 | ZURICH AMERICAN INSURANCE COMPANY | | | | | |
| 000004 | ROUNDUP FUNDING, LLC | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

Document   Page 10 of 19

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| | | | | | |
|---|---|---|---|---|---|
| Case No: | 09-40139   ABG   Judge: A. BENJAMIN GOLDGAR | | Trustee Name: | JOSEPH E. COHEN | |
| Case Name: | DRENT GOEBEL USA, INC. | | Date Filed (f) or Converted (c): | 10/26/09 (f) | |
| | | | 341(a) Meeting Date: | 11/23/09 | |
| For Period Ending: | 08/13/14 | | Claims Bar Date: | 05/20/10 | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. EQUIPMENT & INVENTORY | 600,000.00 | 40,000.00 | | 55,000.00 | 0.00 |
| 2. CASH | 17.61 | 0.00 | | 0.00 | 0.00 |
| 3. CHECKING | 166,085.30 | 90,000.00 | | 125,021.74 | 0.00 |
| 4. SECURITY DEPOSIT | 1,050.00 | 0.00 | | 0.00 | 0.00 |
| 5. LIFE INSURANCE | 0.00 | Unknown | | 0.00 | Unknown |
| 6. 401(K) | 0.00 | Unknown | | 0.00 | Unknown |
| 7. ACCOUNT RECEIVABLE | 1,160,364.30 | 200,000.00 | | 0.00 | FA |
| 8. JUDGMENTS | 252,000.00 | Unknown | | 0.00 | Unknown |
| 9. CONTINGENT CLAIM | 20,000.00 | 15,000.00 | | 0.00 | FA |
| 10. IMPALA | 9,000.00 | 9,000.00 | | 9,000.00 | 0.00 |
| 11. OFFICE EQUIPMENT | 1,000.00 | 0.00 | | 0.00 | 0.00 |
| 12. FORKLIFT | 2,000.00 | 5,000.00 | | 7,750.00 | 0.00 |
| 13. ADVANCE PAYMENTS | 1,178,378.00 | Unknown | | 0.00 | Unknown |
| 14. BANK ACCOUNTS (u) | 0.00 | 90,000.00 | | 27,191.43 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 57.09 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $3,389,895.21   $449,000.00   $224,020.26   $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE IS EMPLOYING AN AUCTIONEER TO SELL THE ASSETS OF THE DEBTOR.  TRUSTEE HAS SOLD THE ASSETS OF THE DEBTOR.
TRUSTEE WAS RECENTLY SUCCESSFUL IN LOCATING FUNDS OF DEBTOR LOCATED IN EUROPEAN ACCOUNTS OF $125,000.00.  TRUSTEE TO
EMPLOY AN ACCOUNTANT.

LFORM1

UST Form 101-7-TDR (5/1/2011) (Page: 10)

Ver: 18.00b

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 09-40139    ABG    Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | DRENT GOEBEL USA, INC. | Date Filed (f) or Converted (c): | 10/26/09 (f) |
| | | 341(a) Meeting Date: | 11/23/09 |
| | | Claims Bar Date: | 05/20/10 |

TRUSTEE IS PREPARING HIS FINAL REPORT AND RELATED DOCUMENTS.  THE FINAL REPORT WAS FILED AND FUNDS WERE DISBURSED BY THE

TRUSTEE.  TRUSTEE WAITING FOR CHECKS TO CLEAR AND WILL THEN FILE HIS TDR - January 14, 2014.  TRUSTEE IS FILING IS TDR

- August 13, 2014.

Initial Projected Date of Final Report (TFR): 06/30/12        Current Projected Date of Final Report (TFR): 10/31/13

FORM 2
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 09-40139 -ABG | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | DRENT GOEBEL USA, INC. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******1970 Checking Account |
| Taxpayer ID No: | *******1879 | | |
| For Period Ending: | 08/13/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 215,401.11 | | 215,401.11 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 132.78 | 215,268.33 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 137.16 | 215,131.17 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 132.63 | 214,998.54 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 136.97 | 214,861.57 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 319.40 | 214,542.17 |
| 03/05/13 | 300001 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 225.83 | 214,316.34 |
| | | 701 Poydras Street | | | | | |
| | | Suite 420 | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 288.11 | 214,028.23 |
| 03/13/13 | 300002 | AMERICAN AUCTION ASSOCIATES, INC. | Auctioneer Expenses & Commission | | | 7,105.00 | 206,923.23 |
| | | | Auctioneer Expenses | | | | |
| | | | Fees          5,500.00 | 3610-000 | | | |
| | | | Expenses      1,605.00 | 3620-000 | | | |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 312.53 | 206,610.70 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 297.24 | 206,313.46 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 306.73 | 206,006.73 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 296.40 | 205,710.33 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 305.85 | 205,404.48 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 305.38 | 205,099.10 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 295.12 | 204,803.98 |
| 12/17/13 | 300003 | JOSEPH E. COHEN | Chapter 7 Compensation/Fees | 2100-000 | | 14,451.01 | 190,352.97 |
| | | 105 WEST MADISON STREET | | | | | |
| | | SUITE 1100 | | | | | |
| | | CHICAGO, IL  60602-0000 | | | | | |
| 12/17/13 | 300004 | JOSEPH E. COHEN | Chapter 7 Expenses | 2200-000 | | 111.74 | 190,241.23 |
| | | 105 WEST MADISON STREET | | | | | |

|  | | | Page Subtotals | | 215,401.11 | 25,159.88 | |

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 12)*

Ver: 18.00b

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 09-40139 -ABG |
| Case Name: | DRENT GOEBEL USA, INC. |
| Taxpayer ID No: | *******1879 |
| For Period Ending: | 08/13/14 |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******1970  Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | SUITE 1100 | | | | | |
| | | | CHICAGO, IL  60602-0000 | | | | | |
| | 12/17/13 | 300005 | Cooke & Lewis, Ltd. | Accountant  for Trustee fees | | | 3,582.50 | 186,658.73 |
| | | | 2638 Patriot Blvd. | Accountant for Trustee fees | | | | |
| | | | Suite 100 | | | | | |
| | | | Glenview, IL 60026 | | | | | |
| | | | | Fees          3,312.50 | 3410-000 | | | |
| | | | | Expenses        270.00 | 3420-000 | | | |
| | 12/17/13 | 300006 | COHEN & KROL | Attorney for Trustee fees | 3110-000 | | 7,029.34 | 179,629.39 |
| | 12/17/13 | 300007 | JOSEPH E. COHEN | Attorney for Trustee fees | 3110-000 | | 3,514.66 | 176,114.73 |
| | 12/17/13 | 300008 | Drew Kurak . | Claim 000014A, Payment 100.00000% | 5300-000 | | 7,922.32 | 168,192.41 |
| | | | 67 Evelyn St | | | | | |
| | | | Trumbull, CT 06611 | | | | | |
| * | 12/17/13 | 300009 | INTERNAL REVENUE SERVICE | SOCIAL SECURITY | 5300-003 | | 678.90 | 167,513.51 |
| * | 12/17/13 | 300010 | INTERNAL REVENUE SERVICE | FEDERAL INCOME TAX | 5300-003 | | 1,642.50 | 165,871.01 |
| * | 12/17/13 | 300011 | INTERNAL REVENUE SERVICE | MEDICARE | 5300-003 | | 158.78 | 165,712.23 |
| * | 12/17/13 | 300012 | STATE TAX | STATE TAX | 5300-003 | | 547.50 | 165,164.73 |
| * | 12/17/13 | 300013 | INTERNAL REVENUE SERVICE | EMPLOYER MATCHING SOCIAL SECURITY | 5800-003 | | 678.90 | 164,485.83 |
| * | 12/17/13 | 300014 | INTERNAL REVENUE SERVICE | EMPLOYER MATCHING MEDICARE | 5800-003 | | 158.78 | 164,327.05 |
| | 12/17/13 | 300015 | United Parcel Service | Claim 000003, Payment 1.02266% | 7100-000 | | 1.02 | 164,326.03 |
| | | | c/o RMS Bankruptcy Recovery Services | | | | | |
| | | | PO Box 4396 | | | | | |
| | | | Timonium, MD 21094 | | | | | |
| * | 12/17/13 | 300016 | Roundup Funding, LLC | Claim 000004, Payment 1.02414% | 7100-003 | | 24.07 | 164,301.96 |
| | | | MS 550 | | | | | |
| | | | PO Box 91121 | | | | | |
| | | | Seattle, WA 98111-9221 | | | | | |
| | 12/17/13 | 300017 | Lynn Jackson Shultz & Lebrun P.C. | Claim 000005, Payment 1.02385% | 7100-000 | | 12.98 | 164,288.98 |
| | | | P.O. Box 2700 | | | | | |

| | | |
|---|---|---|
| Page Subtotals | 0.00 | 25,952.25 |

Ver: 18.00b

**UST Form 101-7-TDR (5/1/2011)** *(Page: 13)*

FORM 2                                                                                          Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                          Exhibit 9

| | | | | | | |
|---|---|---|---|---|---|---|
Case No: 09-40139 -ABG  
Case Name: DRENT GOEBEL USA, INC.  

Taxpayer ID No: *******1879  
For Period Ending: 08/13/14  

Trustee Name: JOSEPH E. COHEN  
Bank Name: ASSOCIATED BANK  
Account Number / CD #: *******1970 Checking Account  

Blanket Bond (per case limit): $ 5,000,000.00  
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 12/17/13 | 300018 | Sioux Falls, SD 57101-2700 FP Mailing Solutions Attn Accts Receivable 140 North Mitchell Ct Ste 200 Addison, Il 60101-5629 | Claim 000006, Payment 1.02204% | 7100-000 | | 1.53 | 164,287.45 |
| 12/17/13 | 300019 | New York State Department of Taxation and Finance Bankruptcy Section P O Box 5300 Albany, NY 12205 | Claim 000007A, Payment 1.01796% | 7100-000 | | 0.17 | 164,287.28 |
| 12/17/13 | 300020 | New York State Department of Taxation and Finance Bankruptcy Section P O Box 5300 Albany, NY 12205 | Claim 000007B, Payment 1.02476% | 7100-000 | | 7.35 | 164,279.93 |
| 12/17/13 | 300021 | Technotrans America 1050 E. Business Center Dr. Mt. Prospect, IL 60056 | Claim 000008, Payment 1.02413% | 7100-000 | | 41.51 | 164,238.42 |
| 12/17/13 | 300022 | Martin Automatic 1661 Northrock Ct. Rockford, IL 61103 | Claim 000009, Payment 1.02411% | 7100-000 | | 247.09 | 163,991.33 |
| 12/17/13 | 300023 | JP Morgan Chase PO BOX 2017 Mail Suite IL1-6225 Elgin, IL 60121 | Claim 000010, Payment 1.02404% | 7100-000 | | 32.14 | 163,959.19 |
| 12/17/13 | 300024 | Nova Flex Inc Attn: Wallace Nard 120-9 Easy St Carol Stream, IL 60188 | Claim 000011, Payment 1.02411% | 7100-000 | | 842.63 | 163,116.56 |
| 12/17/13 | 300025 | RDP Marathon Inc. Attn: Eric Short 2583 Chomedey Blvd. Laval (Montreal),QC Canada H7T2R2 | Claim 000012, Payment 1.02411% | 7100-000 | | 12,466.44 | 150,650.12 |

Page Subtotals       0.00       13,638.86

LFORM24                                                                      Ver: 18.00b

**UST Form 101-7-TDR (5/1/2011)** *(Page: 14)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   4

Exhibit 9

| Case No: | 09-40139 -ABG | | | Trustee Name: | JOSEPH E. COHEN | | |
|---|---|---|---|---|---|---|---|
| Case Name: | DRENT GOEBEL USA, INC. | | | Bank Name: | ASSOCIATED BANK | | |
| | | | | Account Number / CD #: | *******1970 Checking Account | | |
| Taxpayer ID No: | *******1879 | | | | | | |
| For Period Ending: | 08/13/14 | | | Blanket Bond (per case limit): | $ 5,000,000.00 | | |
| | | | | Separate Bond (if applicable): | | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/17/13 | 300026 | Drew Kurak . 67 Evelyn St Trumbull, CT 06611 | Claim 000014B, Payment 1.02410% | 7100-000 | | 608.83 | 150,041.29 |
| 12/17/13 | 300027 | Walker Wilcox Matousek Attn: Robert Conlon 225 W Washington St Suite 2400 Chicago, IL 60606-3418 | Claim 000015, Payment 1.02411% | 7100-000 | | 1,840.61 | 148,200.68 |
| 12/17/13 | 300028 | Print Pack, Inc. 2800 Overlook Parkway, N.E. Atlanta, GA 30339 Attn: Gray McCalley, Jr, VP & GC | Claim 000016, Payment 1.02411% | 7100-000 | | 12,933.87 | 135,266.81 |
| 12/17/13 | 300029 | Bell Incorporated Attn: Ben Arndt, Chief Operating Officer 1411 D Avenue Sioux Falls, SD 57104 | Claim 000017, Payment 1.02411% | 7100-000 | | 135,266.81 | 0.00 |
| * 04/21/14 | 300016 | Roundup Funding, LLC MS 550 PO Box 91121 Seattle, WA 98111-9221 | Claim 000004, Payment 1.02414% | 7100-003 | | -24.07 | 24.07 |
| 04/21/14 | 300030 | United States Bankruptcy Court IL | Claim 000004, Payment 1.02414% | 7100-001 | | 24.07 | 0.00 |
| * 05/23/14 | 300009 | INTERNAL REVENUE SERVICE | SOCIAL SECURITY | 5300-003 | | -678.90 | 678.90 |
| * 05/23/14 | 300010 | INTERNAL REVENUE SERVICE | FEDERAL INCOME TAX | 5300-003 | | -1,642.50 | 2,321.40 |
| * 05/23/14 | 300011 | INTERNAL REVENUE SERVICE | MEDICARE | 5300-003 | | -158.78 | 2,480.18 |
| * 05/23/14 | 300012 | STATE TAX | STATE TAX | 5300-003 | | -547.50 | 3,027.68 |
| * 05/23/14 | 300013 | INTERNAL REVENUE SERVICE | EMPLOYER MATCHING SOCIAL SECURITY | 5800-003 | | -678.90 | 3,706.58 |
| * 05/23/14 | 300014 | INTERNAL REVENUE SERVICE | EMPLOYER MATCHING MEDICARE | 5800-003 | | -158.78 | 3,865.36 |
| 05/23/14 | 300031 | UNITED STATES TREASURY | FORM 941 4/2013  36-3381879 | 2810-000 | | 3,317.86 | 547.50 |

Page Subtotals    0.00    150,102.62

Ver: 18.00b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 15)*

FORM 2                                                                                                          Page:    5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 09-40139  -ABG |
| Case Name: | DRENT GOEBEL USA, INC. |
| | |
| Taxpayer ID No: | *******1879 |
| For Period Ending: | 08/13/14 |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******1970  Checking Account |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/23/14 | 300032 | ILL. DEPT. OF REVENUE | 2013 FORM IL-941   36-3381879 | 2820-000 | | 497.50 | 50.00 |
| 05/23/14 | 300033 | ILL. DEOT. OF EMPLOYMENT SECURITY | QUARTER ENDING 12/31/13  #11807136 | 2820-000 | | 50.00 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 215,401.11 | 215,401.11 | 0.00 |
| Less:  Bank Transfers/CD's | 215,401.11 | 0.00 | |
| Subtotal | 0.00 | 215,401.11 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 215,401.11 | |

Page Subtotals                    0.00            547.50

Ver: 18.00b

FORM 2

Page: 6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 09-40139 -ABG |
| Case Name: | DRENT GOEBEL USA, INC. |
| Taxpayer ID No: | *******1879 |
| For Period Ending: | 08/13/14 |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******1095  Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/12/10 | 1 | Muller Martini Corp. | Sale proceeds | 1129-000 | 55,000.00 | | 55,000.00 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 2.03 | | 55,002.03 |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 2.11 | | 55,004.14 |
| 03/10/10 | 10, 12 | AMERICAN AUCTION ASSOCIATES, INC. | Sale proceeds | 1129-000 | 16,750.00 | | 71,754.14 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 2.73 | | 71,756.87 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 2.95 | | 71,759.82 |
| 05/17/10 | 000301 | Alliance Pension Consultants, LLC | Fess for pension plan termination | 2990-000 | | 5,770.00 | 65,989.82 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 2.98 | | 65,992.80 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 2.71 | | 65,995.51 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 2.80 | | 65,998.31 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 2.80 | | 66,001.11 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 2.71 | | 66,003.82 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 2.80 | | 66,006.62 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 2.71 | | 66,009.33 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 2.80 | | 66,012.13 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 2.80 | | 66,014.93 |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.51 | | 66,015.44 |
| 03/29/11 | 000302 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 32.31 | 65,983.13 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.56 | | 65,983.69 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.53 | | 65,984.22 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.57 | | 65,984.79 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.54 | | 65,985.33 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.55 | | 65,985.88 |
| 08/24/11 | 14 | JPMorgan Chase Bank, N.A. | Proceeds from bank accounts | 1229-000 | 27,191.43 | | 93,177.31 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.58 | | 93,177.89 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.77 | | 93,178.66 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.79 | | 93,179.45 |

| | | |
|---|---|---|
| Page Subtotals | 98,981.76 | 5,802.31 |

Ver: 18.00b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 17)*

FORM 2 Page: 7

Exhibit 9

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 09-40139 -ABG | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | DRENT GOEBEL USA, INC. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******1095 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******1879 | | |
| For Period Ending: | 08/13/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 118.71 | 93,060.74 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.76 | | 93,061.50 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 114.73 | 92,946.77 |
| 12/01/11 | 3 | JPMORGAN CHASE BANK NA | Proceeds from bank accounts | 1129-000 | 125,021.74 | | 217,968.51 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 1.67 | | 217,970.18 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 243.04 | 217,727.14 |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 1.85 | | 217,728.99 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 285.54 | 217,443.45 |
| 02/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 1.72 | | 217,445.17 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 258.44 | 217,186.73 |
| 03/11/12 | 000303 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 182.62 | 217,004.11 |
| 03/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 1.83 | | 217,005.94 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 266.91 | 216,739.03 |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 1.79 | | 216,740.82 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 275.37 | 216,465.45 |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 1.83 | | 216,467.28 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 275.02 | 216,192.26 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 1.76 | | 216,194.02 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 256.95 | 215,937.07 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 1.84 | | 215,938.91 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 283.20 | 215,655.71 |
| 08/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 1.71 | | 215,657.42 |
| 08/30/12 | | BANK OF AMERICA, N.A. 901 MAIN STREET 10TH FLOOR DALLAS, TX 75283 | BANK FEES | 2600-000 | | 256.31 | 215,401.11 |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 215,401.11 | 0.00 |

| | | | Page Subtotals | | 125,038.50 | 218,217.95 | |

Ver: 18.00b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 18)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 8

Exhibit 9

Case No:        09-40139 -ABG
Case Name:   DRENT GOEBEL USA, INC.

Taxpayer ID No: *******1879
For Period Ending: 08/13/14

Trustee Name:        JOSEPH E. COHEN
Bank Name:           BANK OF AMERICA, N.A.
Account Number / CD #:    *******1095  Money Market Account (Interest Earn

Blanket Bond (per case limit):  $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 224,020.26 | 224,020.26 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 215,401.11 | |
| | | | Subtotal | | 224,020.26 | 8,619.15 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 224,020.26 | 8,619.15 | |
| | | | | | | NET | ACCOUNT |
| | | TOTAL - ALL ACCOUNTS | | | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| | | Checking Account - *******1970 | | | 0.00 | 215,401.11 | 0.00 |
| | | Money Market Account (Interest Earn - ********1095 | | | 224,020.26 | 8,619.15 | 0.00 |
| | | | | | 224,020.26 | 224,020.26 | 0.00 |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        0.00        0.00

Ver: 18.00b

LFORM24
**UST Form 101-7-TDR (5/1/2011)** *(Page: 19)*